**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SEP 14 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. **2:07-CR-206-MHT** |
| | ) | [18 USC 922(g)(1)] |
| TIMOTHY WRIGHT | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about May 1, 2007, in Montgomery, Alabama, in the Middle District of Alabama, the defendant,

TIMOTHY WRIGHT,

having been previously convicted in a court, of a crime punishable by imprisonment for a term in excess of one year, to-wit: Theft of Property I, in the Circuit Court of Montgomery County, Alabama (CC-00-452TSM), Receiving Stolen Property II, in the Circuit Court of Montgomery County, Alabama (CC-00-610TSM), Breaking and Entering of a Vehicle, in the Circuit Court of Montgomery County, Alabama (CC-98-2208WRG), knowingly possessed a firearm, in and affecting commerce, that is a Colt, model Cobra, .38 caliber revolver, and ammunition, a better description of which is unknown to the Grand Jury, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by

reference.

  B. Upon conviction for the violation alleged in Count 1 of this indictment, the defendant,

TIMOTHY WRIGHT,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

> One Colt, model Cobra, .38 caliber revolver and ammunition.

  C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred, sold to, or deposited with a third person;

    (3) has been placed beyond the jurisdiction of the court;

    (4) has been substantially diminished in value; or,

    (5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

  All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature]*
John T. Harmon
Assistant United States Attorney

*[signature]*
Susan R. Redmond
Assistant United States Attorney