IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:07CR206-MHT |
| | ) | |
| TIMOTHY WRIGHT | ) | |

**<u>ORDER</u>**

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held on September 27, 2007. For the following facts and reasons, the court concludes that the defendant should be detained pending trial in this case.

As explained below there is a serious risk the defendant will not appear and will endanger the safety of another person or the community.

I find that the credible testimony and information including the Pretrial Services Report submitted at the hearing establishes by both a preponderance of evidence with respect to flight and clear and convincing evidence with respect to dangerousness that Wright has a lengthy criminal history which includes convictions for burglary, possession of illegal drugs (marijuana), resisting arrest, theft of property, and domestic violence. After a recent arrest, the defendant made numerous telephone calls from the jail to his girl friend during which he strongly implored her to drop domestic violence charges against him. The facts relating to this most recent charge show that he and his girl friend were arguing and that the defendant pulled a pistol from his waistband and struck his girl friend. Probation officers subsequently learned of the facts about this altercation, apparently from the victim. Considering that at the time of these recent incidents,

including the charge for which he stands indicted in this court, he was on state probation, Wright's history of violent felonies, his obvious propensity for possessing weapons, his consistent disregard for the law (including probationary conditions) and his hostility towards his girl friend who provided information leading to the present charge convince the court that no conditions of confinement can assure the presence of the defendant and protect the community including witnesses in this case and that the defendant should be detained pending further proceedings. This conclusion is further supported by the fact that the defendant has a history of drug abuse or is a user and has a history of failure to appear for court proceedings.

 Based on the foregoing, the court concludes that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant or protect the community and that the defendant should be detained.  In reaching this conclusion, the court has carefully considered as required by 18 U.S.C. § 3142(g) the nature and circumstances of the offense charged, the weight of the evidence against the defendant, the history and characteristics of the defendant as set forth in the Pretrial Services Report as well as the evidence adduced at the hearing and the nature and seriousness of the danger to any person or the community that would be posed by the defendant's release.

 Therefore, it is ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being

held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

      Done this 27th day of September, 2007.


                        /s/Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE

.