IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) CR. No: 2:07cr206-MHT
)
TIMOTHY WRIGHT )

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the Defendant, **TIMOTHY WRIGHT,** by and through undersigned counsel, Christine A. Freeman, and, as stated in open court on this date, respectfully requests that this Court continue this sentencing hearing from Thursday, February 21, 2008 to a date at least two weeks away, to permit Mr. Wright to supplement and add to his objections to the presentence report in this matter.

The government does not oppose this motion.

Dated this 21st day of February, 2008.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Counsel for Timothy Wright
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Susan Redmond, Esquire
    Assistant United States Attorney
    Montgomery, Alabama 36104

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Counsel for Timothy Wright
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org