IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr206-MHT |
| **TIMOTHY WRIGHT** | ) | |

## ORDER

It is ORDERED that the motion to continue sentencing hearing (Doc. No. 29) is denied as moot.

DONE, this the 12th day of March, 2008.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**