IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
   v. ) CRIMINAL ACTION NO.
)   2:07cr206-MHT
**TIMOTHY WRIGHT** )

<u>ORDER</u>

Because of a scheduling conflict, it is ORDERED that the sentencing for defendant Timothy Wright, now set for April 2, 2008, is reset for April 23, 2008, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 27th day of March, 2008.

      /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**